

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 APR 15 PM 4: 11

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Association of Taxicab Operators, USA

Plaintiff

v.

City of Dallas

Defendant

Civil Action No. 3-10CV-769-K

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

(Plaintiff/Defendant Name)

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

all Dallas Taxicab operators and owners

| | |
|---|---|
| Date: | 4-15-10 |
| Signature: | *[signed]* |
| Print Name: | Kelly D. Hollingsworth |
| Bar Number: | TX No. 00793966 |
| Address: | 2200 One Galleria Tower |
| City, State, Zip: | Dallas TX 75240 |
| Telephone: | 972-419-7180 |
| Fax: | 972-419-8329 |
| E-Mail: | khollingsworth@gpm-law.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons