IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF TAXICAB OPERATORS, USA, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:10-CV-769-K |
| v. | § § | |
| CITY OF DALLAS, | § § | |
| Defendant. | § § | |

## ORDER

The following briefing deadlines shall apply in connection with the hearing on Plaintiff's Application for Preliminary Injunction on May 4, 2010:

1. April 23, 2010—Plaintiff's supplemental memorandum of law, if any;

2. April 27, 2010—Defendant's Response to Plaintiff's Application for Preliminary Injunction;

3. April 30, 2010—Plaintiff's Reply to Defendant's Response to Plaintiff's Application for Preliminary Injunction.

SO ORDERED

Signed April 20TH, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE