## IN THE UNITED STATED DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **ASSOCIATION OF TAXICAB** | ) | |
| **OPERATORS, USA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:10-cv-00769-K** |
| | ) | |
| **CITY OF DALLAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S MOTION FOR RETURN OF BOND

Plaintiff Association of Taxicab Operators, USA ("Plaintiff" or "ATO") files this Motion for Return of Bond, and in support thereof states the following:

1.      On April 21, 2010, counsel for Plaintiff posted a cash bond of $1,000.00 for a Temporary Restraining Order Bond.   The referenced Temporary Restraining Order was dissolved on August 30, 2010, and no preliminary injunction issued.   The actions of this Court in denying the temporary injunction and granting judgment for the Defendant City of Dallas were sustained on appeal by the 5th Circuit Court of Appeals.   The parties were notified by the Clerk of the unclaimed funds.

2.      The undersigned Plaintiff's counsel spoke with counsel for Defendant, Christopher Caso, who stated that Defendant City of Dallas does not oppose the release of the bond to Plaintiff.

3.      On the basis of the foregoing, Plaintiff requests that the Court order that a check be issued by the Clerk or other court officer holding the referenced funds payable to the order of "Kelly D. Hollingsworth, Trustee."

Dated: March 28, 2019.

Respectfully submitted,


By:   /s/ Kelly D. Hollingsworth
      Kelly D. Hollingsworth
      Texas Bar No. 00793966

3300 Paint Brush Ln.
Bedford, Texas 76021
kelly@hollingsworth-law.com
(214) 949-7236
(800) 644-5919 -- Fax

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document was served upon counsel of record for Defendants in accordance with the ECF Rules of the Northern District of Texas.


    /s/ Kelly D. Hollingsworth
Kelly D. Hollingsworth